IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Lewis T. Babcock

Civil Action No. 06-cv-00903-LTB
(Criminal Action No. 94-cr-00231-LTB)

UNITED STATES OF AMERICA,

v.

TIMOTHY NELSON REEVES,

    Movant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 3 1 2006

GREGORY C. LANGHAM
                 CLERK

---

ORDER OF DISMISSAL

---

On May 15, 2006, Timothy Nelson Reeves submitted *pro se* a Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 using the above-referenced criminal action number. Mr. Reeves currently is in the custody of the Colorado Department of Corrections (DOC) at the Bent Count Correctional Facility in Las Animas, Colorado. For the reasons stated below, the § 2255 motion will be denied.

Mr. Reeves was convicted in 1994 in this court on charges of mailing threatening communication and was sentenced to eighteen months of imprisonment in the Bureau of Prisons (BOP), to be served consecutively to his concurrent, six-year sentences in Arapahoe County District Court cases 92-CR-2015 and 92-CR-2016. On December 29, 1994, a detainer was lodged against Mr. Reeves for service of the federal sentence. On February 15, 1995, Mr. Reeves was sentenced in Arapahoe County District Court case 93-CR-783 to two, concurrent, twelve-year terms of imprisonment, to be served consecutively to his concurrent, six-year sentences in 92-CR-2015 and 92-CR-2016.

Mr. Reeves appears to have discharged the full term of his six-year sentences in

92-CR-2015 and 92-CR-2016. It also appears that the DOC is requiring him to serve his consecutive, twelve-year state sentences in 93-CR-783 before service of his eighteen-month federal sentence in 94-cr-00231-LTB.

Mr. Reeves contends that (1) because his eighteen-month federal sentence in 94-cr-00231-LTB is to be served consecutively to his concurrent, six-year sentences in 92-CR-2015 and 92-CR-2016 and (2) because the United States Marshal did not renew his detainer or file a separate detainer after his conviction in 93-CR-783, the federal detainer is only consecutive to the six-year sentences in 92-CR-2015 and 92-CR-2016 and, therefore, is invalid. He further complains that because the DOC is forcing him to serve his state sentences in 92-CR-2015, 92-CR-2016, and 93-CR-783 before he is released to the BOP to begin serving his federal sentence based upon the illegal detainer, he is being subjected to cruel and unusual punishment.

Mr. Reeves clearly is not challenging his conviction and sentence in the instant action. Therefore, the only relief available to him in this court is through a writ of habeas corpus pursuant to 28 U.S.C. § 2241. However, a prior habeas corpus action pursuant to § 2241 that Mr. Reeves pursued in this court based upon the same facts asserted here was denied as successive or abusive. **See Reeves v. Ortiz**, No. 02-cv-00109-ZLW (D. Colo. Apr. 10, 2002) (copy attached). Accordingly, it is

ORDERED that the 28 U.S.C. § 2255 motion is denied and the action dismissed.

DATED at Denver, Colorado, this 31st day of May, 2006.

BY THE COURT:

*[signature]*
LEWIS T. BABCOCK, Chief Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00903-LTB
(Criminal Case No. 94-cr-00231-LTB)

Timothy Nelson Reeves
Prisoner No. 57007
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

I hereby certify that I have mailed a copy of the **ORDER and a copy of the Order filed 04/02/02 in Case No. 02-cv-00109** to the above-named individuals on 5/31/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk